NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MICHAEL MARION COTHAM, *Petitioner*.

No. 1 CA-CR 19-0091 PRPC
FILED 9-19-2019

Petition for Review from the Maricopa County
No. CR2012-133092-002
The Honorable David B. Gass, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Robert E. Prather
*Counsel for Respondent*

Michael Marion Cotham, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Paul J. McMurdie, Chief Judge Peter B. Swann, and Judge Samuel A. Thumma delivered the following decision.

---

**PER CURIAM**:

**¶1**         Petitioner Michael Cotham seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Cotham's first petition.

**¶2**         Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**         We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find the petitioner has not established an abuse of discretion.

**¶4**         We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA